IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MALISIA N. MATTHEWS,**

      Plaintiff,

v.

                                                        Case No.: 2:14-cv-1839
                                                        JUDGE GEORGE C. SMITH
                                                        Magistrate Judge Kemp

**COMMISSIONER OF SOCIAL SECURITY,**

      Defendant.

### ORDER

This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on February 11, 2016. The time for filing objections has passed, and no objections have been filed to the *Report and Recommendation*. Therefore, the Court **ADOPTS** the *Report and Recommendation*. Plaintiff's Statement of Errors is hereby sustained to the extent that the case be remanded to the Commissioner of Social Security pursuant to 42U.S.C. § 405(g), Sentence Four.

The Clerk shall remove Document 21 from the Court's pending motions list and remand this case to the Commissioner of Social Security.

      **IT IS SO ORDERED.**

                                                    */s/ George C. Smith*
                                                    **GEORGE C. SMITH, JUDGE**
                                                    **UNITED STATES DISTRICT COURT**